UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA JOYCE BROWN, | No. 1:19-cv-00781 (JDP) |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL AND ORDER |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared," IT IS HEREBY STIPULATED BY ALL PARTIES, through their undersigned attorneys, and with the approval of the Court, that Plaintiff voluntarily dismiss, with prejudice, the above-referenced action. Each party agrees to bear their own attorney fees, costs, and expenses associated with the action.

                                                    Respectfully submitted,

Dated: April 6, 2020                            NEWEL LAW

STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| | By: | *Melissa Newel* |
| | | Melissa Newel |
| | | Attorney for Plaintiff |
| | | BELINDA JOYCE BROWN |

| | | |
|---|---|---|
| Dated: April 6, 2020 | | MCGREGOR W. SCOTT |
| | | United States Attorney |
| | | DEBORAH LEE STACHEL |
| | | Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | By: | Patrick William Snyder* |
| | | PATRICK WILLIAM SNYDER |
| | | (*authorized by email dated 04/06/2020*) |
| | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

**ORDER**

Based upon the stipulation of the parties, this matter is terminated, and the Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   April 6, 2020                              _____
                                                    UNITED STATES MAGISTRATE JUDGE

No. 204.

STIPULATION OF DISMISSAL